```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/8/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------- x
**DE MELO, ET AL.,**                              :
                                                  :
                       **Plaintiffs,**    :
                                                  :    **1:20-CV-02643 (ALC)**
      -against-                            :
                                                  :    **ORDER**
**DECKER, ET. AL.,**                              :
                                                  :
                       **Defendants.**    :
                                                  :
---------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      The Parties are hereby ORDERED to submit a joint status report to the Court on or before July 10, 2020.

**SO ORDERED.**

**Dated:**     **New York, New York**
               **June 8, 2020**

                                             _____
                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**