```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    DE MELO, ET AL.,                          :
                                              :
                            Plaintiffs,       :
         -against-                            :    20-cv-02643 (ALC)
                                              :
                                              :
    DECKER, ET AL.,                           :    ORDER
                                              :
                            Defendants.       :
                                              :
                                              :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/12/2020

**ANDREW L. CARTER, JR., United States District Judge:**

The parties are ORDERED to file a joint status report by December 9, 2020.

**SO ORDERED.**

**Dated:  November 12, 2020**
        **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**

1